JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JENESSA MEJAN<br><br>        Plaintiff,<br><br>  vs.<br><br>NCC BUSINESS SERVICES, INC.;<br>and DOES 1-10, inclusive<br><br>        Defendant. | CASE NO.  2:10-cv-01255-R-AJW<br><br>**ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE**<br><br>**[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE]**<br><br>District Judge: Hon. John F. Walter<br>Magistrate Judge: Hon. Carla Woehrle<br><br>District Judge:  Manuel L. Real<br>Magistrate Judge: Andrew J. Wistrich |

The Court has reviewed the Stipulation of Plaintiffs JENESSA MEJAN and Defendant NCC BUSINESS SERVICES, INC. ("NCC") to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

1.   That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear its/her/their own costs and expenses, including attorneys fees.

**IT IS SO ORDERED**

DATED: 09/27/10

_____
UNITED STATES DISTRICT JUDGE